```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 04225
   ALVINA R CASARA
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-9807

--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/25/2008 and was confirmed 04/21/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   3.00%.

     The case was dismissed after confirmation 02/09/2009.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID         PAID
--------------------------------------------------------------------------------
US BANK NA                  NOTICE ONLY    NOT FILED           .00          .00
LASALLE BANK                NOTICE ONLY    NOT FILED           .00          .00
OCWEN FEDERAL BANK          CURRENT MORTG   1468.53            .00       1468.53
OCWEN FEDERAL BANK          MORTGAGE ARRE   3872.87            .00          .00
OCWEN FEDERAL BANK          CURRENT MORTG   4497.67            .00       4497.67
OCWEN FEDERAL BANK          MORTGAGE ARRE  10959.72            .00          .00
CHRYSLER FINANCIAL          UNSECURED       2703.06            .00          .00
DIRECT TV                   UNSECURED      NOT FILED           .00          .00
ECAST SETTLEMENT CORP       UNSECURED        388.60            .00          .00
PROVIDIAN                   UNSECURED      NOT FILED           .00          .00
ECAST SETTLEMENT CORP       UNSECURED       1106.61            .00          .00
SAUK VILLAGE POLICE DEPT    UNSECURED      NOT FILED           .00          .00
SPRINT PCS                  UNSECURED      NOT FILED           .00          .00
UAW FORD LEGAL SERVICE P    DEBTOR ATTY         .00                         .00
TOM VAUGHN                  TRUSTEE                                      518.80
DEBTOR REFUND               REFUND                                          .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                6,485.00

PRIORITY                                           .00
SECURED                                       5,966.20
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                           518.80
DEBTOR REFUND                                      .00
                       ---------------       ---------------
TOTALS                 6,485.00               6,485.00

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 04225 ALVINA R CASARA
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE